IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA JONES                                                               PLAINTIFF

v.                      No. 4:22-cv-402-DPM

CHASITY JONES, Wife;
ANDERSON POINTE;
TRACY LOUNSBURY, Dad's
Girlfriend; ROBERT JONES, Dad;
DOE, Anderson Pointe Landlord;
EDNA FAY WILLIAMS GIBSON,
Wife's Friend; JOHN GIBSON,
Wife's Friend                                          DEFENDANTS

## JUDGMENT

Jones's complaint and supplemental complaint are dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2022